UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISMA CRUMPTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C06-5224-KLS<br><br><br><br><br>ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. Upon remand, the Administrative Law Judge (ALJ) will update the evidence of record, particularly the evidence from Ina R. Oppliger, M.D. The ALJ will further consider and evaluate the opinions expressed by Dr. Oppliger, Richard Price, M.D., and Thomas Clifford, Ph.D., and Janis Lewis, Ph.D., State agency psychological consultants, and provide rationale for the weight accorded to these opinions. The ALJ will evaluate Plaintiff's impairments under the guidelines set forth in 20 C.F.R. §§ 404.1520, 404.1520a, 416.920 and 416.920a, and in Social Security Ruling 02-01p, providing rationale for

Page 1        ORDER- [C06-5224-KLS]

the conclusions reached.  The ALJ will further consider Plaintiff's subjective complaints under the guidelines set forth in Social Security Ruling 96-7p, address lay witness testimony, and if necessary, obtain supplemental vocational expert testimony.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 11th day of September, 2006.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:      206-615-2531
carol.a.hoch@ssa.gov

Page 2        ORDER- [C06-5224-KLS]