UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISMA CRUMPTON,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>    Defendant | Civil No. C06-5224-KLS<br><br><br>ORDER AWARDING ATTORNEY FEES AND COSTS |

Upon consideration of Plaintiff's Motion for Attorney's Fees and Costs Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Defendant's Objection thereto, and the Court agreeing that fees should be awarded under the EAJA, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore, it is hereby ORDERED that Plaintiff's attorney, Teri L. Rideout, is hereby awarded attorney fees of $3,250.76 under the EAJA (pursuant to the formula set forth in *Ramon-Sepulveda v. INS,* 863 F.2d 1458, 1463 n. 4 (9th Cir. 1988)), and costs of $350.00 under 28 U.S.C. § 1920.

Page 1 ORDER- [C06-5224-KLS]

DATED this 28th day of September, 2006.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:    206-615-2531
carol.a.hoch@ssa.gov

Page 2 ORDER- [C06-5224-KLS]